IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODESSA BROWN, II,<br><br>                                    Plaintiff,<br><br>v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>                                  Defendants. | No. 1:07-CV-00383-BLW-LMB<br><br>**ORDER** |

      Defendant requests a thirty-day extension of time to respond to Plaintiff's complaint. Good cause appearing,

      IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to File Answer to Complaint (Docket No. 24) is GRANTED. Defendant's Response to Plaintiff's Complaint shall be filed on or before **April 2, 2009.**

                                                              **DATED:  March 4, 2009.**

                                                              **Honorable Larry M. Boyle**
                                                              **United States Magistrate Judge**