IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM ODESSA BROWN, | ) | |
|---|---|---|
| | ) | Case No. 1:07-CV-00383-BLW-LMB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KERN VALLEY STATE PRISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Based on the Court's Order Adopting the Report and Recommendation, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED.

DATED: **August 27, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge